# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         Magistrate Case No. __16- 9069__

    v.

__Charlotte Beaty__                **ORDER**

The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this __17th__ day of __March__, 2016

ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

                                        HONORABLE ANTHONY R. MAUTONE
                                        UNITED STATES MAGISTRATE JUDGE